B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: LDR INDUSTRIES, LLC     Case No: 14-32138

Chapter 11

Debtor

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| *(1)* | *(2)* | *(3)* | *(4)* | *(5)* |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to set off* | *Amount of claim [if secured also state value of security]* |
| U.S. Customs<br>6650 Telecom Dr.<br>Suite 100<br>Indianapolis, IN 46278 | 6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278-2010<br>p: 317-614-4614 | Government Debt | Disputed | $4,854,733 |
| Winvest<br>Building A12<br>D Area, Democratic Village<br>Western Industrial Zone<br>Shajing Town 0 China | Attn: Yvonne Gao<br>Building A12, D Area, Democratic Village, Western Industrial Zone, Shajing Town, Bao'an District, Shenzhen, China<br>p: 0755 29484892-801<br>e: yvonnegao2012@126.com | Trade Debt | | $276,470 |
| Hq<br>Jinmahe Branch Xuzhuo<br>Economic & Techincal<br>Development Zone<br>Xuzhuo Jianjsu China | Jinmahe Branch Xuzhuo Economic & Techincal Development Zone<br>Xuzhuo Jianjsu, China<br>p: 86-516-87793822<br>e: huanqiu@xzhuanqiu.com | Trade Debt | | $211,552 |

B 4 (Official Form 4) (12/07) – Continued

In re   LDR INDUSTRIES, LLC                              Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| *(1)* Name of creditor and complete mailing address, including zip code | *(2)* Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim (trade debt, bank loan government contract, etc.) | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to set off | *(5)* Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sizen<br>No. 2189 Panchuan Road<br>Baoshan Shanghai  China | No. 2189 Panchuan Road, Baoshan, Shanghai, China<br>p: 86-21-56870560<br>e: sales@shwhitford.com | Trade Debt | | $125,574 |
| Zhejiang Minmetals Sanhe I/E Co. Ltd. 310 North Zhong Shan Road<br>Rm 1014  Hangzhou China 310003 | Zhejiang Minmetals SanHe I/E Co.,LTD. 310 North Zhong Shan Road, RM 1014 Hangzhou, CHINA 310003<br>p: 86-571-85775621<br>e: leway@189.cn | Trade Debt | | $100,263 |
| Pannext<br>Langfang Pannext Pipe Fitting 236 West Guangming Road Langfang<br>Hebei China | Attn: Mike Yuan<br>Langfang Pannext Pipe Fitting 236 West Guangming Road Langfang, Hebei, China<br>p: (832) 212-3699<br>e: myuan@pannext.com | Trade Debt | | $99,483 |
| Xiamen Runner<br>302-308 Siming Park Tong'an Industrial Concentration District Xiamen China | Attn: Judy Wu<br>302-308 Siming Park Tong'an Industrial Concentration District Xiamen, China<br>p: 86-18965198975<br>e: judy.wu@runner-corp.com.cn | Trade Debt | | $67,940 |
| Wellmade<br>6th Group Ji Ma Di Village<br>Bo Luo County<br>Hui Zhou City Guang Dong Province 0 China | 6TH Group Ji Ma Di Village, Bo Luo County,  Hui Zhou City, Guang Dong Province, China.<br>e: gary.everlotus@163.com | Trade Debt | | $65,609 |
| Storm<br>Cixi Storm Showers Co. Ltd. No.777,  Yu'an Rd. Tianyuan Industrial Zone Tianyuan Town 0<br>China | Cixi Storm Showers Co., Ltd. No.777, Yu'An Rd.,Tianyuan Industrial Zone,Tianyuan Town,Cixi 315325, China<br>p: 0086-574-23700006<br>e: office@stormshower.com | Trade Debt | | $58,937 |
| E-Z Weld Inc<br>1662 Old Dixie Hwy<br>Riviera Beach, FL 33404 | 1662 Old Dixie Hwy<br>Riviera Beach, FL 33404<br>p: 564-844-0241 | Trade Debt | | $54,811 |
| Ningbo Runner<br>Lingang Industrial Park<br>Xizhou Town<br>Xiangshan Ningbo Zhejiang 0 China | Lingang Industrial Park, Xizhou Town, Xiangshan Ningbo,Zhejiang,China 315722<br>p: 0086-574-6584-8657<br>e: wilson.deng@ningborunner.com | Trade Debt | | $35,433 |

B 4 (Official Form 4) (12/07) – Continued

In re    LDR INDUSTRIES, LLC                      Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| *(1)* Name of creditor and complete mailing address, including zip code | *(2)* Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | *(3)* Nature of claim (trade debt, bank loan government contract, etc.) | *(4)* Indicate if claim is contingent, unliquidated, disputed or subject to set off | *(5)* Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Flexible Staffing<br>135 N 19th Ave<br>Melrose Park, IL60160 | 135 N 19TH Ave<br>Melrose Park, IL 60160<br>p: 847-813-6004 | Trade Debt | | $34,539 |
| Central States<br>477 Thomas Drive<br>Bensenville, IL60107 | 477 Thomas Drive<br>Bensenville, IL 60107<br>p: 630 595-9876 | Trade Debt | | $31,417 |
| Jianglin<br>Packaging Industrial Zone, Yuhuan, Zhejiang, China | Attn: Hebe Chen<br>Packaging Industrial Zone, Yuhuan, Zhejiang, China<br>p: 0086-576-87148850/ 15257671955<br>e: parts@cnjianglin.com | Trade Debt | | $25,846 |
| William H. Harvey<br>4334 S. 67th St<br>Omaha, NE 68117 | 4334 S. 67th St<br>Omaha, NE 68117<br>p: 800-228-9681 | Trade Debt | | $22,248 |
| Sannuotop<br>Dunao Village,Yunlong Town,Yingzhou District,Ningbo City, Zhejiang, China | Dunao Village,Yunlong Town,Yingzhou District,Ningbo City, Zhejiang, China<br>p: 0086-574-66190822<br>e: sam_sannuotop@yahoo.com | Trade Debt | | $21,239 |
| Zoeller Company<br>3649 Cane Run Rd<br>Louisville, KY 40211 | 3649 Cane Run Rd<br>Louisville, KY 40211<br>p: 800-928-7867 | Trade Debt | | $20,899 |
| Gy<br>Yang Metal Co., Ltd. Ningbo States Jinshan Road, Zhejiang Province, 35 New Industrial Park Ninghai County, Ningbo City, China | Yang Metal Co., Ltd. Ningbo States Jinshan Road, Zhejiang Province, 35 New Industrial Park Ninghai County, Ningbo City, China<br>p: 0574-65357888 8011<br>e: susan@diorglobal.com | Trade Debt | | $17,554 |
| Genova Products<br>7304 East Court Street<br>Davison, MI 48423 | 7304 East Court Street<br>Davison, MI 48423<br>p: 810-744-4500 | Trade Debt | | $17,460 |
| Tri State Logistics<br>15862 Painter Rd<br>Defiance, OH 43512 | 15862 Painter Rd<br>Defiance, OH 43512<br>p: 419-395-2245 | Trade Debt | | $ 16,678 |

**DECLARATION UNDER PENALTY OF PERJURY**

B 4 (Official Form 4) (12/07) – Continued

In re   LDR INDUSTRIES, LLC                                   Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the LDR Industries LLC declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 2, 2014        Signature  _____
                                           William Underwood
                                           President and Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571