01/2012

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: LDR INDUSTRIES, LLC ) Chapter 11
) Bankruptcy Case No. 14-32138
)
)
Debtor(s) )

**DECLARATION REGARDING ELECTRONIC FILING
PETITION AND ACCOMPANYING DOCUMENTS**

DECLARATION OF PETITIONER(S)

A. [To be completed in all cases]

I (We), William Underwood and _____ the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document s are true and correct.

B. [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

[✓] I, William Underwood, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

William Underwood
Printed or Typed Name of Debtor or Representative

_____
Printed or Typed Name of Joint Debtor

*/s/ W E Underwood*
Signature of Debtor or Representative

_____
Signature of Joint Debtor

September 2, 2014
Date

_____
Date