## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14 B 32138 |
| | ) | |
| LDR INDUSTRIES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO REED SMITH LLP, ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 153]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 532,809.50 | TOTAL COSTS REQUESTED: | $ 11,381.88 |
| TOTAL FEES REDUCED: | $ 14,035.80 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 518,773.70 | TOTAL COSTS ALLOWED: | $ 11,381.88 |

## TOTAL FEES AND COSTS ALLOWED:  $ 530,155.58

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

### (4)    Insufficient Description

The court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. In re Pettibone, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted.] Records which give no explanation of the activities performed are not compensable."); In re Wildman, 72 B.R. 700, 708-709 (Bankr. N.D. Ill. 1987) (same).

### (7)    Lumping

The court may impose a ten percent penalty for "lumping." In re Wildman, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by 'lumping' a bunch of activities into a single entry. [Citation omitted.] Each type of service should be listed with the corresponding specific time allotment.").

**(12)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing.  Such activities are considered overhead of the professional and are built into the professional's hourly billing rates.  In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(14)   Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error.  Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date:   MAY 26 2015

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Atty | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
| 12/04/14 | ABC | Reviewed claims review workbook created by E. Arundel. | 0.50 | 252.50 |
| 12/08/14 | STB | Telephone conference with H. Manssor regarding extended budget details and parties showing interest in LDR. | 0.20 | 139.00 |
| 12/08/14 | STB | Reviewed Kmart Agreement and discussed motion to approve with M. Mickey. | 0.30 | 208.50 |
| 12/08/14 | MAM | Telephone call with S. Bobo regarding Motion for authority to enter into sales agreement with Kmart and Sears; reviewed Sales Agreement. | 0.40 | 224.00 |
| 12/09/14 | MAM | Drafted Motion to enter into Sales Agreement with Kmart and Sears; conference with S. Bobo regarding Sales Agreement and Court approval; reviewed and responded to e-mails from A. Hirsch, S. Bale and S. Bobo regarding draft Sales Agreement; telephone call with client regarding draft Sales Agreement. | 6.10 | 3,416.00 |
| 12/09/14 | STB | Conference call with B. Underwood, H. Mansoor, M. Silverman, S. Bale and A. Hirsch regarding buyer and bank issues and scheduling. | 1.00 | 695.00 |
| 12/09/14 | STB | Prepared for and attend hearing on IFIC Motion. | 1.40 | 973.00 |
| 12/09/14 | STB | Communications and telephone conference with B. Underwood regarding court hearing and Kmart Contract. | 0.20 | 139.00 |
| 12/09/14 | STB | Conferred with M. Mickey and S. Bale regarding KMart Agreement an Motion. | 0.40 | 278.00 |
| 12/09/14 | ABC | Conferences with M. Mickey regarding Sears Motion. | 0.60 | 303.00 |
| 12/09/14 | ABC | Revised Sears Motion drafted by M. Mickey. | 0.70 | 353.50 |

(handwritten annotation near MAM 12/09/14 entry: ⑦  (−$341.60))

| Date | Atty | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/09/14 | SB | Drafted and distributed email to A. Hirsch regarding additional considerations on the Kmart Contract per his request. | 0.70 | 357.00 |
| 12/09/14 | MLJ | Conference with M. Mickey regarding service of Motions relating to the Kmart/Sears; reviewed court docket and updated service list; began compiling service documents; reviewed Judge's hearing dates and conference with M. Mickey regarding same. | 2.60 | 884.00  ⑦  (−$88.40) |
| 12/10/14 | MAM | Telephone calls with counsel for Sears and Client regarding Supply Agreement and Motion to approve Supply Agreement. | 2.40 | 1,344.00 |
| 12/10/14 | MAM | Began drafting Motion to file under seal for Sears Supply Agreement. | 0.50 | 280.00 |
| 12/10/14 | MAM | Revised Supply Agreement and e-mail same to counsel for Sears. | 0.40 | 224.00 |
| 12/10/14 | STB | Telephone conference with A. Hirsch regarding sale timeline and Sears issues. | 0.20 | 139.00 |
| 12/10/14 | STB | Communications with M. Mickey and A. Hirsch regarding amended Sears/Kmart Contract. | 0.30 | 208.50 |
| 12/10/14 | ALH | Matters in connection with credit insurance and form of agreement for Asset Purchase Agreements for HIG including counsel for Sears/K-Mark. | 2.00 | 1,390.00  ④  (−$1,390.00) |
| 12/10/14 | ABC | Calls with M. Mickey regarding Sears Motion and request for filing Motion under seal. | 0.30 | 151.50 |
| 12/11/14 | EAA | Prepared service list for Melissa Mickey Sears/Kmart Motion to approve Supply Contract. | 0.50 | 142.50 |
| 12/11/14 | STB | Communications with A. Hirsch regarding Fishman call. | 0.10 | 69.50 |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 4

| 09/08/14 | ABC | Conference with S. Bobo and E. Arundel regarding Cash Collateral Order. | 0.50 | 252.50 |
|---|---|---|---|---|
| 09/08/14 | STB | Communications with D. Warfield regarding LIO status and Loan Agreement issues; telephone conference with D. Warfield regarding these issues. | 0.50 | 347.50 |
| 09/08/14 | STB | Conferred with A. Arundel and A. Chapin regarding final financing hearing, preparation of final Order and service requirements. | 0.30 | 208.50 |
| 09/08/14 | CJ | Delivered documents to Lender. | 0.40 | 274.00 (12) (- $274.00) |
| 09/08/14 | CJ | Conference with D. Pollans regarding deliveries and certificates required. | 0.30 | 205.50 |
| 09/08/14 | CJ | Reviewed DIP Loan Documents. | 0.50 | 342.50 |
| 09/08/14 | EAA | Meeting with S. Bobo and A. Chapin regarding outstanding issues with Cash Collateral Motion (.5). | 0.50 | 142.50 |
| 09/08/14 | EAA | Prepared Notice of Hearing on Cash Collateral Motion (.4); incorporated A. Chapin revisions (.3). | 0.70 | 199.50 |
| 09/08/14 | STB | Reviewed revisions to Loan Agreement. | 0.30 | 208.50 |
| 09/09/14 | CJ | Meeting with S. Bobo regarding terms of DIP Facility. | 0.20 | 137.00 |
| 09/09/14 | STB | Telephone conference with D. Warfield regarding issues for DIP Loan Agreement. | 0.40 | 278.00 |
| 09/09/14 | STB | Reviewed debtors cash flows and conferred with C. Jared regarding carve out provisions and edit proposed language. | 0.50 | 347.50 |
| 09/09/14 | STB | Communications with JPMC counsel regarding carve-out details for Loan Agreement. | 0.30 | 208.50 |

January 27, 2015
RE: Restructuring
    (311353.00027)

Invoice: ******
Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/24/14 | SB | Worked with company management and Homewerks' counsel to finalize the Non-Disclosure Agreement between the parties. | 1.20 | 612.00 |
| 09/24/14 | ABC | Drafted bidding procedure order. | 1.50 | 757.50 |
| 09/24/14 | STB | Communications with buyers counsel regarding NDA provisions and conferred with S. Bale regarding same. | 0.30 | 208.50 |
| 09/24/14 | STB | Conference call with B. Fishman regarding Letter of Intent discussion points and Greenspon issues. | 0.60 | 417.00 |
| 09/24/14 | STB | Conference call with B. Underwood, D. Greenspon and L. Greenspon regarding strategic sales issues and issues for discussions with Customs. | 0.80 | 556.00 |
| 09/24/14 | STB | Conference call with B. Underwood and M. Silverman regarding LOI issues. | 1.10 | 764.50 |
| 09/24/14 | STB | Conferred with A. Hirsch regarding negotiating points for Letter of Intent and conference call with P. Hall regarding issues for discussion with Customs. | 0.60 | 417.00 |
| 09/25/14 | ABC | Drafted proposed bidding procedures Order. | 1.00 | 505.00 |
| 09/25/14 | STB | Reviewed draft Sale Motion and update. | 0.50 | 347.50 |
| 09/25/14 | STB | Meeting with B. Underwood and M. Silverman regarding strategic and sale issues. | 0.50 | 347.50 |
| 09/26/14 | ALH | Reviewed Letter of Intent and various issues including due diligence and final strategy review with B. Underwood. | 1.50 | 1,042.50 |
| 09/26/14 | ABC | Drafted proposed bidding procedures and bidding procedures order. | 2.40 | 1,212.00 |

(14) (-$1,212.00)

see next page

January 27, 2015                                              Invoice: ******
RE: Restructuring                                            Page 11
    (311353.00027)

*See previous page*

| Date | Initials | Description | | Hours | Amount |
|------|----------|-------------|---|-------|--------|
| 09/26/14 | ABC | Drafted proposed bidding procedures and bidding procedures order. | (14) | 2.40 | 1,212.00 |
| 09/26/14 | ABC | Call with H. Mansoor regarding general information relating to sale. | | 0.30 | 151.50 |
| 09/29/14 | ALH | Matters in connection with negotiation position for Homewerks, due diligence and terms of Letter of Intent. | (4) | 1.00 | 695.00 (–$695.00) |
| 09/30/14 | ALH | Matters in connection with Homewerks negotiation for Letter of Intent. | (4) | 0.20 | 139.00 (–$139.00) |
| 10/06/14 | ALH | Matters in connection with Homeworks and discussion with Client regarding structure of transaction. | (4) | 0.50 | 347.50 (–$347.50) |
| 10/06/14 | STB | Meeting with M. Silverman and telephone conference with M. Silverman regarding sale status, open issues and marketing framework. | | 1.60 | 1,112.00 |
| 10/06/14 | STB | Communications with V. DesLaurier regarding sale status. | | 0.30 | 208.50 |
| 10/06/14 | ALH | Meeting to review LOI and self-process including documentation with Silverman Consultant and Homewerks. | | 2.50 | 1,737.50 |
| 10/07/14 | ABC | Drafted proposed bidding procedures. | | 2.60 | 1,313.00 |
| 10/07/14 | STB | Communication with V. DesLaurier regarding sale status. | | 0.10 | 69.50 |
| 10/07/14 | STB | Telephone conference with H. Mansoor regarding results of buyer meeting. | | 0.20 | 139.00 |
| 10/08/14 | STB | Communications with H. Mansoor regarding schedule sale conference call. | | 0.20 | 139.00 |

January 27, 2015                                          Invoice: ******
RE: Restructuring                                        Page 13
   (311353.00027)

| 10/14/14 | ALH | Matters in connection with the form for Letter of Intent. | ④ | 1.00 | 695.00 | (-#695.00) |
|---|---|---|---|---|---|---|
| 10/14/14 | STB | Conferred with A. Hirsch regarding sale issues and moving forward with LOI. | | 0.20 | 139.00 | |
| 10/14/14 | STB | Communications with S. Bale regarding draft LOI and meeting arrangements. | | 0.20 | 139.00 | |
| 10/14/14 | STB | Communications and telephone conference with attorney for EZ Flo regarding sale status, process and follow-up communication with M. Silverman regarding potential buyer. | | 0.40 | 278.00 | |
| 10/14/14 | STB | Reviewed and edited draft form of LOI and circulated internally. | | 0.50 | 347.50 | |
| 10/14/14 | STB | Participated in conference call with interested buyer and counsel, drafted follow-up summary of pertinent successor liability case law. | | 1.20 | 834.00 | |
| 10/14/14 | STB | Reviewed and revised draft sale procedures order. | | 1.60 | 1,112.00 | |
| 10/15/14 | STB | Edited sale motion. | | 0.30 | 208.50 | |
| 10/15/14 | STB | Meeting with A. Hirsch and S. Bale regarding mark-up of draft LOI. | | 1.00 | 695.00 | |
| 10/15/14 | STB | Telephone conference with S. Hathi regarding interest in acquiring business and follow-up communication regarding contact information. | | 0.30 | 208.50 | |
| 10/15/14 | ALH | Matters in connection with Court hearing and separate issues with respect to Letter of Intent. | ④ | 1.50 | 1,042.50 | (-#1,042.50) |
| 10/15/14 | SB | Edit initial draft letter of intent and distribute to client bearing S. Bobo's and A. Hirsch's additional comments, together with my own additional comments. | | 1.40 | 714.00 | |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 17

| Date | Initials | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 10/31/14 | STB | Two telephone conferences with B. Underwood regarding LOI details and other interested buyers. | 0.70 | 486.50 | |
| 10/31/14 | STB | Finalized amended letter of intent and send to purchaser's counsel. | 0.70 | 486.50 | |
| 10/31/14 | STB | 2 telephone conferences with B. Underwood regarding letter of intent issues, purchaser negotiations and stay motions. | 0.50 | 347.50 | |
| 10/31/14 | STB | Reviewed teams comments on letter of intent and create new amended version and circulate. | 0.60 | 417.00 | |
| 10/31/14 | STB | Telephone conference with M. Kayman regarding proposed sale of business and factual background. | 0.30 | 208.50 | |
| 10/31/14 | STB | Reviewed LOI schedules and telephone conference with D. Pollans and H. Mansoor to discuss. | 0.30 | 208.50 | |
| 10/31/14 | ALH | Matters in connection with Customs and LOI for Templar.   ④ | 1.00 | 695.00 | *(−$695.00)* |
| 11/03/14 | STB | Communications with A. Pollock regarding executed NDA and diligence process. | 0.20 | 139.00 | |
| 11/03/14 | STB | Telephone conference with B. Underwood regarding discussions with several potential buyers and deal structures and reviewed draft LOI. | 0.70 | 486.50 | |
| 11/03/14 | STB | Communications and telephone conference with potential buyer's counsel regarding amended LOI and discussion of deal points. | 0.60 | 417.00 | |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: \*\*\*\*\*\*
Page 19

| Date | Initials | Description | Hours | Amount | |
|---|---|---|---|---|---|
| 11/05/14 | STB | Conference call with client, M. Silverman, H. Mansoor and A. Hirsch regarding LOI issues. | 0.50 | 347.50 | |
| 11/06/14 | CJ | Reviewed use of funds from term loan; Conference with A. Hirsch. | 1.20 | 822.00 | |
| 11/06/14 | STB | Communications with B. Underwood regarding issues discussed with Wolnerman. | 0.20 | 139.00 | |
| 11/06/14 | ALH | Matters in connection with tracing financing proceeds and modifications to Armitage LOI. ④ | 0.50 | 347.50 | (-$347.50) |
| 11/06/14 | STB | Telephone conference with D. Wolnerman regarding his clients issues on LOI. | 0.30 | 208.50 | |
| 11/06/14 | STB | Communications with D. Wolnerman regarding additional buyer's issues and scheduling call. | 0.20 | 139.00 | |
| 11/07/14 | STB | Communications with B. Underwood and A. Hirsch regarding letter of intent and necessary follow-up steps. | 0.30 | 208.50 | |
| 11/07/14 | ALH | Matters in connection with LOIs and financing. ④ | 1.50 | 1,042.50 | (-$1,042.50) |
| 11/10/14 | SB | Conference with S. Bobo, A. Hirsch and C. Jared to discuss edits to the letter of intent. | 1.00 | 510.00 | |
| 11/10/14 | SB | Edit Stalking Horse bid letter of intent with Armitage to reflect comments from deal team and company management. | 2.30 | 1,173.00 | |
| 11/10/14 | STB | Reviewed amended draft LOI and communications with A. Hirsch and S. Bale regarding changes. | 0.50 | 347.50 | |
| 11/10/14 | CJ | Meeting with A. Hirsh, S. Bobo, and B. Underwood re letter of intent details. | 2.40 | 1,644.00 | |
| 11/10/14 | CJ | Revised Letter of Intent to incorporate payment and real estate terms. | 2.30 | 1,575.50 | |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 19

| Date | Initials | Description | | Hours | Amount | |
|------|----------|-------------|---|-------|--------|---|
| 11/05/14 | STB | Conference call with client, M. Silverman, H. Mansoor and A. Hirsch regarding LOI issues. | | 0.50 | 347.50 | |
| 11/06/14 | CJ | Reviewed use of funds from term loan; Conference with A. Hirsch. | | 1.20 | 822.00 | |
| 11/06/14 | STB | Communications with B. Underwood regarding issues discussed with Wolnerman. | | 0.20 | 139.00 | |
| 11/06/14 | ALH | Matters in connection with tracing financing proceeds and modifications to Armitage LOI. | (4) | 0.50 | 347.50 | (-$347.50) |
| 11/06/14 | STB | Telephone conference with D. Wolnerman regarding his clients issues on LOI. | | 0.30 | 208.50 | |
| 11/06/14 | STB | Communications with D. Wolnerman regarding additional buyer's issues and scheduling call. | | 0.20 | 139.00 | |
| 11/07/14 | STB | Communications with B. Underwood and A. Hirsch regarding letter of intent and necessary follow-up steps. | | 0.30 | 208.50 | |
| 11/07/14 | ALH | Matters in connection with LOIs and financing. | (4) | 1.50 | 1,042.50 | (-$1,042.50) |
| 11/10/14 | SB | Conference with S. Bobo, A. Hirsch and C. Jared to discuss edits to the letter of intent. | | 1.00 | 510.00 | |
| 11/10/14 | SB | Edit Stalking Horse bid letter of intent with Armitage to reflect comments from deal team and company management. | | 2.30 | 1,173.00 | |
| 11/10/14 | STB | Reviewed amended draft LOI and communications with A. Hirsch and S. Bale regarding changes. | | 0.50 | 347.50 | |
| 11/10/14 | CJ | Meeting with A. Hirsh, S. Bobo, and B. Underwood re letter of intent details. | | 2.40 | 1,644.00 | |
| 11/10/14 | CJ | Revised Letter of Intent to incorporate payment and real estate terms. | | 2.30 | 1,575.50 | |

January 27, 2015
RE: Restructuring
    (311353.00027)

Invoice: ******
Page 22

| 11/12/14 | CJ | Conference with A. Hirsch; Conference with S. Bobo; Conference with S. Bale. (4) | 2.50 | 1,712.50 | (−$1,712.50) |
|---|---|---|---|---|---|
| 11/12/14 | STB | Edited draft LOI and conferred with C. Jared regarding changes. | 0.60 | 417.00 | |
| 11/12/14 | STB | Telephone conference with B. Underwood regarding revised LOI and related issues. | 0.20 | 139.00 | |
| 11/12/14 | STB | Communications with B. Underwood regarding developments in negotiations. | 0.20 | 139.00 | |
| 11/12/14 | ALH | Reviewed matters in connection with LDR and HIG and Armitage. (4) | 0.50 | 347.50 | (−$347.50) |
| 11/12/14 | STB | Telephone conference with D. Greenspon regarding negotiation status with potential buyer and open issues on future lease and non-complete agreements to be negotiated by shareholders. | 0.20 | 139.00 | |
| 11/12/14 | STB | Communications with L. Schaech of IAAS regarding interest in purchasing assets. | 0.20 | 139.00 | |
| 11/12/14 | STB | Conferred with C. Jared, S. Bale and A. Hirsch regarding multiple interested parties and LOI strategy. | 0.40 | 278.00 | |
| 11/12/14 | STB | Telephone conference with D. Wolnerman regarding terms needed to get a deal. | 0.30 | 208.50 | |
| 11/12/14 | SB | Meeting with A. Hirsch to discuss the two letters of intent (Armitage and HIG). | 0.60 | 306.00 | |
| 11/12/14 | SB | Review additional changes to the HIG letter of intent. | 0.80 | 408.00 | |
| 11/13/14 | SB | Correspondence with internal deal team on updates to the letters of intent based on conversations among principals. | 0.80 | 408.00 | |
| 11/13/14 | SB | Commence drafting form of LDR APA for bidders. | 1.20 | 612.00 | |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 27

| | | | | |
|---|---|---|---|---|
| 12/03/14 | STB | Follow-up communications with B. Underwood and D. Warfield regarding sale timing and further amendments to loan agreement. | 0.20 | 139.00 |
| 12/03/14 | STB | Conferred with C. Jared regarding her conversation with JPMC counsel on sale issues. | 0.20 | 139.00 |
| 12/03/14 | STB | Telephone conference with D. Warfield regarding sale process timing issues and loan amendments. | 0.40 | 278.00 |
| 12/03/14 | STB | Conferred with A. Hirsch and conference call with B. Underwood regarding buyer status, sales process, benchmarks, and JPMC communications and other possible buyers. | 0.60 | 417.00 |
| 12/04/14 | GCA | Attention to LDR Reverse Diligence. ④ | 2.00 | 720.00 (-$720.00) |
| 12/04/14 | STB | Telephone conference with D. Warfield regarding sales benchmarkts and amended loan terms. | 0.20 | 139.00 |
| 12/04/14 | STB | Worked on updating sales procedures order and Sale Motion. | 1.80 | 1,251.00 |
| 12/04/14 | STB | Communications with B. Underwood regarding marketing details and executory contract issues. | 0.30 | 208.50 |
| 12/05/14 | STB | Communications with D. Pollans and A. Chapin regarding executory contract issues. | 0.30 | 208.50 |
| 12/05/14 | ALH | Matters in connection with HIG and coordination of matters with secured lender position. ④ | 1.20 | 834.00 (-$834.00) |
| 12/05/14 | ABC | Cll and e-mails to client regarding executory contracts and cure amounts for Sale Motion. | 0.40 | 202.00 |
| 12/07/14 | STB | Communications with B. Underwood regarding sale process. | 0.20 | 139.00 |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 3

| | | | | |
|---|---|---|---|---|
| 09/03/14 | ABC | Prepared for Court hearing. | 1.30 | 656.50 |
| 09/03/14 | ABC | Drafted Service List for Emergency Motions. | 0.60 | 303.00 |
| 09/03/14 | ABC | Communication with staff regarding instruction for filing and serving Emergency Motions. | 0.40 | 202.00 |
| 09/03/14 | EAA | Assisted A. Chapin with preparation, filing, and service of Emergency Motions (2.0). | 2.00 | 570.00 |
| 09/03/14 | ABC | Edited Cash Collateral Motion and related documents. | 2.40 | 1,212.00 |
| 09/03/14 | EAA | Filed Emergency Cash Collateral Motion (.3). | 0.30 | 85.50 |
| 09/03/14 | EAA | Finalized copies for First Day Hearing (1.0). ⑫ | 1.00 | 285.00 (-$285.00) |
| 09/03/14 | MAM | Telephone call with S. Bobo regarding Customs Motion; reviewed e-mails from S. Bobo containing background for Customs Motions. | 0.30 | 168.00 |
| 09/04/14 | MAM | Reviewed Motions and Declaration from S. Bobo for background information for Customs Motion; reviewed sample Customs Motion in Bankruptcy Courts; telephone call with S. Bobo and A. Chapin regarding Customs Motions. ⑦ | 1.60 | 896.00 (-$89.60) |
| 09/04/14 | EAA | Assisted A. Chapin and S. Bobo with preparation for hearing on Emergency First Day Motions (1.0). | 1.00 | 285.00 |
| 09/04/14 | STB | Reviewed documents and prepared for financing hearing. | 1.60 | 1,112.00 |
| 09/04/14 | ABC | Prepared for hearing regarding Cash Management Motion. | 1.50 | 757.50 |
| 09/04/14 | ABC | Conference with Clients regarding Emergency Motions. | 1.00 | 505.00 |
| 09/04/14 | ABC | Edited First Day Motions. | 2.60 | 1,313.00 |

January 27, 2015
RE: Restructuring
   (311353.00027)

Invoice: ******
Page 6

| | | | | |
|---|---|---|---|---|
| 09/10/14 | ABC | Prepared proposed Orders for Wage Motion, Extension Motion and Utilities Motion. | 1.40 | 707.00 |
| 09/10/14 | MAM | Revised Administrative Expense Motion and e-mail same to S. Bobo for review. | 2.60 | 1,456.00 |
| 09/10/14 | MAM | Telephone call with S. Bobo regarding Administrative Expense Motion. | 0.30 | 168.00 |
| 09/10/14 | MAM | Drafted Trade Agreement for Administrative Expense Motion. | 0.90 | 504.00 |
| 09/11/14 | MAM | Revised 503(b)(9) Motion per S. Bobo's comments; drafted proposed Order for 503(b)(9) Motion; reviewed list of vendors for exhibit to 503(b)(9) Motion; telephone calls with S. Bobo and A. Arundel regarding list of vendors; e-mail D. Warfield regarding 503(b)(9) Motion; telephone call with D. Warfield regarding comments on Motion; prepared 503(b)(9) Motion for filing. | 6.20 | 3,472.00 |
| 09/11/14 | ABC | Finalized Wage Motion, Utilities Motion, Sales Rep Motion and Extension Motion. | 2.20 | 1,111.00 |
| 09/11/14 | ABC | Drafted proposed Order for Sales Rep Motion. | 0.80 | 404.00 |
| 09/11/14 | ABC | Calls with M. Mickey regarding 503(b)(9) Motion. | 0.40 | 202.00 |
| 09/11/14 | EAA | Filed and coordinated service of Notice of Motion and Motion to Extend Deadline to File Schedules or Provide Required Information (.5). | 0.50 | 142.50 |
| 09/11/14 | EAA | Filed and coordinated service of Notice of Motion and Motion to Authorize LDR Industries, LLC to Pay Certain Prepetition Employee Wage, Health Insurance, and Other Related Obligations. | 0.50 | 142.50 |

⑦ ( - $ 347.20 )